UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JIMMY L. SHIRLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:12-CV-51 |
| v. ) | |
| ) | Collier/Carter |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

On September 19, 2012, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 17). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for judgment on the pleadings is **DENIED** (Court File No. 13);

(2) Defendant's motion for summary judgment is **GRANTED** (Court File No. 15);

(3) The Commissioner's decision denying benefits to Plaintiff is **AFFIRMED**; and

(4) This action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**ENTER:**

                                            **/s/**
                                            **CURTIS L. COLLIER**
                                            **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT